# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-26-00260-CV

**In re David Paul Shipp**

### ORIGINAL PROCEEDING FROM WILLIAMSON COUNTY

## M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a).

Chari L. Kelly, Justice

Before Justices Triana, Kelly, and Ellis

Filed: April 16, 2026